1  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   Kathleen O. Peterson (State Bar No. 124791)
2  Luke G. Anderson (State Bar No. 210699)
   1900 Main Street, Suite 600
3  Irvine, CA 92614-7319
   Telephone: (949)253-0900
4  Facsimile: (949)253-0902

5  Attorneys for Plaintiff
   MICROSOFT CORPORATION

6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11

12 MICROSOFT CORPORATION,            )   Case No.  CV06-5247 R
   a Washington corporation,         )
13                                   )
                                     )   **ACKNOWLEDGEMENT OF**
14                 Plaintiff,        )   **FULL SATISFACTION OF**
                                     )   **JUDGMENT**
15    v.                             )
                                     )
16 DAN BROWN, an individual and d/b/a)
   PARTNER IV HOLDINGS,              )
17                                   )
                   Defendant.        )
18                                   )
                                     )
19                                   )

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Plaintiff Microsoft Corporation ("Microsoft") has deemed that the Defendant Dan Brown ("Defendant") has satisfied any obligations due and owing by Defendant and therefore considers the judgment specified in this Court's December 12, 2006 Order satisfied in full, including any interest that may have accrued thereon.

Microsoft's acknowledgement of full satisfaction of the judgment in no way affects the Permanent Injunction entered by this Court on December 12, 2006, which continues to be in effect against Defendant.

DATED: April 17, 2008

                              KIRKPATRICK & LOCKHART
                              PRESTON GATES ELLIS LLP

                              By: _____
                                   Luke G. Anderson
                              Attorneys for Plaintiff MICROSOFT
                              CORPORATION

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: Kirkpatrick & Lockhart Preston Gates Ellis LLP, 1900 Main Street, Suite 600, Irvine, California 92614.

On April 21, 2008, I served the following document described as: **ACKNOWLEDGEMENT OF FULL SATISFACTION OF JUDGMENT** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope in the United States mail at Irvine, California addressed as follows:

Dan Brown
6030 E. Maria St.
Long Beach, CA 90815

☒ **(BY MAIL)** The envelope was mailed with postage thereon fully prepaid. As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY TELEFAX)** I delivered such document by facsimile to the following persons at the facsimile telephone numbers listed:

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 21, 2008, at Irvine, California.

_Carolyn McCoy_
Carolyn McCoy

K:\2000103\02937\20038_AW\20038P20JS

3.